No. 896. PANAMA RAILROAD COMPANY *v.* OLD DOMIN-
ION TRANSPORTATION COMPANY. April 21, 1924. Peti-
tion for a writ of certiorari to the Circuit Court of Ap-

peals for the Fourth Circuit denied. *Mr. Richard Reid Rogers* for petitioner. *Mr. Leon T. Seawell* for respondent.